UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARDINAL HEALTH 110, LLC,**

      **Plaintiff,**

  v.                                     Civil Action 2:25-cv-152
                                          Judge Algenon L. Marbley
                                          Magistrate Judge Chelsey M. Vascura

**SRINIVASA TALLA,** *et al.***,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to File Document Under Seal (ECF No. 27). Therein, Plaintiff seeks leave to file "certain, presently-labeled confidential exhibits . . . in connection with its Complaint and its Brief in Opposition to Defendants' Motion to Dismiss" under seal. (*Id.*) Plaintiff asserts that the exhibits contain confidential information including banking information such as routing and account numbers, social security numbers, copies of government identifications cards, birthdates, home addresses, Entity Identification Numbers, and other sensitive information. (*Id.*)

Based on these representations, the undersigned concludes that exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion (ECF No. 27) is **GRANTED**. Plaintiff may file the referenced exhibits **UNDER SEAL**. However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane Group, Inc.*, 825 F.3d at 305. Accordingly, Plaintiff shall also, **WITHIN SEVEN DAYS** of filing its Brief in Opposition, file a redacted version of the

2

brief on the public docket, redacting only that information constituting the confidential information as described in Plaintiff's Motion (ECF No. 27).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE